Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moffett, Alphonso L | Case Number: 07 B 13825 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | | Filed: 8/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch: February 12, 2009
Confirmed:  October 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,879.70 |
| Priority: | | 196.17 |
| Administrative: | | 2,074.00 |
| Trustee Fee: | | 348.46 |
| Other Funds: | | 101.67 |
| Totals: | 5,600.00 | 5,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,074.00 | 2,074.00 |
| 2. | Cook County Department of Rev | Priority | 196.17 | 196.17 |
| 3. | RMI/MCSI | Unsecured | 325.71 | 475.00 |
| 4. | North Star | Unsecured | 9,484.22 | 660.24 |
| 5. | Asset Acceptance | Unsecured | 275.51 | 401.80 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 649.39 | 947.05 |
| 7. | Commonwealth Edison | Unsecured | 702.47 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 271.27 | 395.61 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 500.56 | 0.00 |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Charter One Bank | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Advocate Bethany Hospital | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 19. | Village of Oak Park | Unsecured | | No Claim Filed |
| 20. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 21. | Z George Management | Unsecured | | No Claim Filed |
| | | | $ 14,479.30 | $ 5,149.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moffett, Alphonso L

Printed: 03/24/09

Case Number: 07 B 13825
Judge: Goldgar, A. Benjamin
Filed: 8/1/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.00 |
| 6.5% | 159.26 |
| 6.6% | 135.20 |
| | $ 348.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*